

Walling v. Youngerman-Reynolds Hardwood Co., supra; Walling v. Uhlmann Grain Co., 7 Cir., 151 F.2d 381.

Williams & Co., Inc., acted as the agent of the defendant, 149 Madison Avenue Corp., in the management and operation of the building and had authority to hire and fire employees engaged in its maintenance. The defendant Williams & Co., Inc., is therefore not in a position to urge a dismissal of the complaint as to it on the ground that there was no evidence of its relation to the plaintiffs or the issues. An agent who acts in the interest of an employer in relation to an employee is liable as an "employer" for sums owed by the owners. 29 U.S.C.A. § 203(d); Greenberg v. Arsenal Building Corp., 144 F.2d 292.

As has been stipulated, the parties should agree upon the amount of recovery for the period April 21, 1942, to December 10, 1943, in accordance with this opinion, or in the absence of such agreement, both sides should submit proper computations. The amount of the attorney's fee will be determined upon the settlement of the findings.

See also, D.C., 63 F.Supp. 601.

Irving Rozen, Regional Atty., of New York City, Jeter S. Ray, Asst. Sol., of Washington, D. C., and James V. Altieri, Sr. Atty., and Samuel Gorin, Associate Atty., both of New York City, for plaintiff.

Gins & Massler, of New York City, for defendant.

Erich Cohn, of Forest Hills, N. Y., amicus curiae.

KNOX, District Judge.

If, as a matter of fact and law, the Administrator was authorized to continue in force the restrictive provisions having to do with the Embroideries industry, and which are here said to have expired by lapse of time, it is of small consequence that, under Subdivision (e) of Section 8 of the Fair Labor Standards Act, 29 U.S.C.A. § 208(e), the original restrictions are no longer operative. For this reason, the within motion is denied. If the parties wish, I will arrange for the immediate trial of the case and a full determination of all questions involved can then be had.

## WALLING v. CIMI EMBROIDERY & NOVELTY CO., Inc.

District Court, S. D. New York.
Nov. 14, 1945.

## In re SUBURBAN BUS CO., Inc.

District Court, S. D. New York.
Jan. 10, 1946.